```
                                              CLERK'S OFFICE U.S. DISTRICT COURT
                                                     AT ABINGDON, VA
                                                          FILED

                                                      OCT 22 2025
```

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

UNITED STATES OF AMERICA    :
                            :  Case No. 1:25cr47
v.                          :
                            :  Violations: 18 U.S.C. § 1709
NORMAN VINCENT ARRINGTON    :

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

**(18 U.S.C. § 1709 – Theft of mail matter by officer or employee)**

1. Beginning on or about April 15, 2024, and continuing to on or about June 3, 2024, in the Western District of Virginia, NORMAN VINCENT ARRINGTON, being a United States Postal Service employee, knowingly removed and stole articles and things (including gift cards) contained in mail entrusted to him and which came into his possession intended to be conveyed by mail.

2. All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL, this 22nd day of October, 2025.

/s/ Grand Jury Foreperson

*for* ROBERT N. TRACCI
Acting United States Attorney

USAO No. 2024R00524

1